

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: United States v. Eric Robinson, 16 Cr. 447 (PKC)

Dear Judge Castel:

  The defendant in this case, Eric Robinson, is currently facing seven specifications relating to his alleged violations of the conditions of his supervised release. After conferring with Your Honor's Chambers, the Government respectfully submits this letter to request that the Court schedule a conference next week, during which the parties expect that the defendant will admit to five specifications; the Government will move to dismiss the remaining specifications. The parties expect that the defendant will admit to Specifications One through Four, as well as an additional specification in a forthcoming, amended violation report to be issued by the U.S. Probation Office in advance of the requested court conference. The parties have conferred regarding scheduling; the Government and the defense are both available next week on Monday, Tuesday, and Wednesday (November 18, 19, and 20, respectively); the defendant's Probation Officer has expressed a preference for Tuesday, November 19, 2019.

VOSR conference is scheduled for November 19, 2019 at 11:00 a.m.
SO ORDERED.
Dated: 11/18/2019

*[signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *[signature: Michael D. Neff]*
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc: Xavier R. Donaldson, Esq. (via ECF)
  U.S. Probation Officer Sandra Osman (via email)