**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 4, 2019

**BY ECF AND EMAIL**

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

12-4-19

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Eric Robinson,**
**16 Cr. 447 (PKC)**

Dear Judge Castel:

At this afternoon's sentencing in the above-captioned case, the Court sentenced defendant Eric Robinson principally to 3 months' imprisonment, to be followed by 2.5 years of supervised release, for four violations of supervised release. The Government respectfully submits this letter—with the consent of the defense—to formally request that the Court dismiss (1) all remaining specifications in the October 1, 2019 Amended Violation Report (*i.e.*, Specifications 5, 6, and 7), and (2) the underlying violation report against the defendant, dated August 29, 2019. Due to an unintended oversight, the Government believes that it neglected to formally make this request in court today, despite expressing an intention to do so.

OK

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc: Xavier R. Donaldson, Esq. (by ECF and email)
U.S. Probation Officer Sandra Osman (by email)