| | | |
|---|---|---|
| Xavier R. Donaldson<br>Anthony S. Chilliest<br><br>*Member NY & NJ Bars | **DONALDSON & CHILLIEST, LLP**<br>Attorneys at Law<br>1825 Park Avenue, Suite 1102<br>New York, New York 10035<br>Telephone: (212) 722-4900<br>Facsimile: (212) 722-4966 | Ozro Thaddeus Wells<br>Paula Brown Donaldson<br>Jaye Ballard<br>Jason Foy*<br>Of Counsel |

January 21, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

         Re:   *United States of America v. Eric Robinson*
               16 Cr 447 (PKC)

Your Honor,

    As you know I represent Mr. Robinson on the above-referenced matter scheduled for conference tomorrow January 22, 2020 at 10:30 A.M. With the consent of the Government, we are respectfully requesting said conference be adjourned to Tuesday January 28, 2020 at 11 A.M.

    Thank you in advance for your consideration.

                                             Sincerely,

                                             DONALDSON & CHILLIEST, LLP

                                             Xavier R. Donaldson, Esq.

*[Handwritten note:] The conference is adjourned from January 22 to January 28 at 11 am. SO ORDERED. [signature] USDJ 1-21-20*