UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

                ORDER

     -against-

                16 CR 447 (PKC)

ERIC ROBINSON,

        Defendant(s).

-------------------------------------------------------x

CASTEL, U.S.D.J.

        Due to the COVID-19 situation, the VOSR Evidentiary Hearing scheduled for April 10, 2020 is adjourned to June 15, 2020 at 10:30 a.m. in Courtroom 11D.

        SO ORDERED.

                              _____
                              P. Kevin Castel
                              United States District Judge

Dated: New York, New York
       April 7, 2020