UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-

ERIC ROBINSON,

          Defendant(s).
-----------------------------------------------------------x

16 CR 447 (PKC)

ORDER

CASTEL, U.S.D.J.

Under the provisions of the Standing Order of Chief Judge McMahon of March 17, 2020, (M10-468 (20-mc-163)), all further proceedings on the alleged violation of supervised release by Eric Robinson are adjourned pending further Order. Evidentiary Hearing scheduled for June 15, 2020 at 10:30 a.m. is adjourned.

SO ORDERED.

                                          P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       June 4, 2020